**William Gillum, administrator of the estate of Truman Gillum, deceased, appellant, v. Central Illinois Public Service Company, appellee. Gen. No. 8,014.**

Action for wrongful death. Judgment for defendant. Appeal from the Circuit Court of Coles county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed October 31, 1927.

Donald B. Craig, James W. Craig, Jr., Fred H. Kelly and James Craig Van Meter, for appellant. James Vause, Jr., Carl D. Kiger and Jewell I. Dilsaver, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Fairbanks Morse & Company, appellee, v. William Severns et al., appellants. Gen. No. 8,019.**

Mandamus to compel sale of drainage bonds. Judgment for petitioner. Appeal from the Circuit Court of Pike county; the Hon. Fred G. Wolfe, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed October 31, 1927.

Kraft & Erskine, for appellants. Ashcraft & Ashcraft and Williams, & Williams, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Roy R. Duff, appellant, v. W. W. Dye, appellee. Gen. No. 8,065.**

Action to recover down payment on realty. Judgment for defendant. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed October 31, 1927.

A. B. Dennis, for appellant. Acton, Acton & Snyder, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Ray Spicer, appellant, v. J. W. Thrasher, appellee. Gen. No. 8,085.**

Trial of right of property. Judgment for defendant. Appeal from the County Court of McDonough county; the Hon. T. H. Miller, Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed October 31, 1927.

Switzer & Switzer, for appellant. Gumbart & Grigsby, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.